UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVAL G. HUNTER-HARRISON, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>M. ATCHLEY,<br><br>    Respondent. | No. 2:20-cv-00592-WBS-CKD P<br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis in this federal habeas action filed pursuant to 28 U.S.C. § 2254. Currently pending before the court is respondent's motion to dismiss the petition as untimely and unexhausted. ECF No. 11. In response, petitioner has filed a motion for a stay (ECF No. 14), which respondent has opposed (ECF No. 15). As both the timeliness issue and the request for a stay turn on when petitioner received timely notice of the denial of his petition for review by the California Supreme Court, this court will require petitioner to produce **one complete copy of his prison mail log covering the entire time period from July 1, 2018 through November 1, 2019**. At present, petitioner has only submitted copies of his prison mail card for the dates ranging from October 13, 2017-January 29, 2018; April 27, 2018-July 13, 2018; and a print-out dated November 27, 2019 documenting two mailings on December 11, 2018 and July 25, 2019. ECF No. 1 at 38-41. The court finds the present record insufficient to adjudicate the pending motions.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file one complete copy of his prison mail log covering the entire time period from July 1, 2018 through November 1, 2019 within 21 days from the date of service of this order.

Dated:  September 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt0592.osc.mail.docx

2