UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVAL G. HUNTER-HARRISON, JR., <br><br> Petitioner, <br><br> v. <br><br> M. ATCHLEY, <br><br> Respondent. | No. 2:20-cv-0592 WBS CKD P <br><br><br> ORDER |

On February 27, 2021, this court dismissed claims one and two of petitioner's federal habeas corpus application and stayed these proceedings pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005), pending the exhaustion of petitioner's state court remedies with respect to his ineffective assistance of counsel claims. ECF No. 25. Petitioner has filed a motion to lift the stay and for an extension of time to file a first amended petition for writ of habeas corpus. ECF Nos. 30-31. In light of the California Supreme Court's decision denying petitioner's state habeas corpus petition, the stay of these proceeding is lifted. Petitioner is granted 30 days to file a first amended § 2254 application.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to lift the stay in this case (ECF No. 31) is granted. The stay of these proceedings is lifted.

2. Petitioner's motion for an extension of time (ECF No. 30) is granted.

1

3. Petitioner shall file a first amended petition for writ of habeas corpus within thirty days from the date of this order. The failure to file an amended petition within the time provided will result in a recommendation that this action be dismissed for failure to prosecute.

Dated: July 28, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt0592.111.docx