UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVAL G. HUNTER-HARRISON, JR., <br><br> Petitioner, <br><br> v. <br><br> M. ATCHLEY, <br><br> Respondent. | No. 2:20-cv-00592-WBS-CKD P <br><br><br> ORDER |

On October 17, 2022, respondent filed a motion to dismiss claims one, three, four, five and six of petitioner's amended habeas corpus application on the ground that they were untimely filed. ECF No. 35. Petitioner has not opposed the motion.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days from the date of this order, petitioner shall file an opposition to the motion or a statement of non-opposition.

2. Within 7 days from the date of this order, respondent is directed to re-serve a copy of the motion to dismiss on petitioner and to file a notice of service with the court.

---

[1] Petitioner has filed a motion for default judgment as well as an opposition to the Clerk's Decline of Entry of Default in this case. ECF Nos. 37-38, 40. To the extent that these pleadings indicate that petitioner has not received a copy of respondent's motion to dismiss, the court will direct respondent to serve another copy on petitioner.

3. Petitioner's motion for default judgment (ECF No. 38) is denied as moot. Petitioner's failure to comply with this order will result in a dismissal of the claims pursuant to Federal Rule of Civil Procedure 41(b).

Dated: December 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/harr0592.46osc.mtd.docx