UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVAL G. HUNTER-HARRISON, JR.,<br><br>        Petitioner,<br><br>   v.<br><br>M. ATCHLEY,<br><br>        Respondent. | No. 2:20-cv-00592-WBS-CKD P<br><br><br>ORDER |

      Petitioner is a state prisoner proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. A review of the docket indicates that petitioner's interlocutory appeal was dismissed by the Ninth Circuit Court of Appeal on January 25, 2023. ECF No. 47. Respondent's motion to dismiss, filed on October 17, 2022, is still pending before this court. However, petitioner has not filed an opposition or a statement of non-opposition to respondent's partial motion to dismiss. The court will sua sponte grant petitioner one extension of time to file an opposition or statement of non-opposition to the motion.

      Accordingly, IT IS HEREBY ORDERED that within 21 days from the date of this order, petitioner shall file an opposition or a statement of non-opposition to respondent's partial motion to dismiss.

/////

/////

Dated: February 2, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt0592.brief.mtd.docx