UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVAL G. HUNTER-HARRISON, JR., <br><br> Petitioner, <br><br> v. <br><br> M. ATCHLEY, <br><br> Respondent. | No. 2:20-cv-0592 WBS CKD P <br><br> ORDER |

Petitioner has requested an extension of time to file a sur reply to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 55) is granted; and

2. Petitioner shall be permitted to file a sur reply within thirty days from the date of this order.

Dated: April 18, 2023

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt0592.111

1