UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVAL G. HUNTER-HARRISON,

Petitioner,

v.

M. ATCHLEY,

Respondent.

No.  2:20-cv-00592-WBS-CKD

ORDER

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2023 are adopted.

2. Respondent's partial motion to dismiss (ECF No. 35) is granted.

3. Claims 1 and 3-6 of the first amended federal habeas corpus petition (ECF No. 33) are dismissed with prejudice as barred by the statute of limitations.

4. This matter is referred back to the magistrate judge for consideration of claim two on the merits.

Dated: September 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/hunt0592.801.hc

2