IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRANVAL G. HUNTER-HARRISON, JR.,** | Case No. 2:20-cv-00592-WBS-CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. ATCHLEY,** | |
| Respondent. | |

Respondent has moved for a thirty-day enlargement of time to file a response to Petitioner's petition for writ of habeas corpus.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's request is granted. The response to Petitioner's petition for writ of habeas corpus shall be filed on or before November 27, 2023.

Dated: November 1, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE